Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ethan Pines, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Theranos Labs, LLC, a Florida limited liability company; Ryan ElHosseiny, an individual; Access Medical Laboratories, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Ethan Pines, through counsel, hereby prays to this Court for relief based on the following:

## JURISDICTION AND VENUE

1.   This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2.   This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a)-(b), and 1367(a).

3.   Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     At all times mentioned herein, Pines is a professional photographer residing in this judicial district.

5.     Upon information and belief, at all times mentioned herein, Defendant Ryan ElHosseiny is an individual residing in Florida with a principal place of business located at 5151 Corporate Way, Jupiter, FL 33458; and/or 102 Orchid Cay Dr., Palm Beach Gardens, FL 33418. ElHosseiny has exploited, and continues to exploit, the Subject Photograph (defined below) in California and this judicial district.

6.     Upon information and belief, at all times mentioned herein, Defendant Access Medical Laboratories, LLC is a Delaware limited liability company with a principal place of business located at 5151 Corporate Way, Jupiter, FL 33458. ElHosseiny is a principal of Access Medical Laboratories. ElHosseiny and Access Medical Laboratories have exploited, and continue to exploit, the Subject Photograph (defined below) in California and this judicial district.

7.     Upon information and belief, at all times mentioned herein, Defendant Theranos Labs LLC is a Florida limited liability company with a principal place of business located at 102 Orchid Cay Dr., Palm Beach Gardens, FL 33418. ElHosseiny is a principal of Theranos Labs. ElHosseiny and Theranos Labs have exploited, and continue to exploit, the Subject Photograph (defined below) in California and this judicial district.

8.     Defendants Does 1-10 are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants Does 1-10 are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

9.     Upon information and belief, at all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or

1  employee of the remaining Defendants, and was at all times acting within the scope of

2  such agency, affiliation, alter-ego relationship, and/or employment; and actively

3  participated in, subsequently ratified, and/or adopted all of the acts or conduct alleged,

4  with full knowledge of all violations of Plaintiff's rights and the damages to Plaintiff

5  proximately caused thereby.

### DEFENDANTS' INFRINGEMENT OF
### PINES' COPYRIGHTS IN THE SUBJECT PHOTOGRAPH

8      10.    Pines took and owns the copyrights in an original photograph registered with

9  the Copyright Office (the "Subject Photograph").



24      11.    Following the publication and display of the Subject Photograph,

25  Defendants, and each of them, copied, displayed, distributed, reproduced, created

26  derivative works of, and otherwise exploited the Subject Photograph for commercial

27  purposes without Pines' authorization, including in California and this judicial district

28  (collectively, "Unauthorized Uses"):

**Unauthorized Uses**



Santa Monica Blvd and Melrose



Sunset Blvd and La Cienega

COMPLAINT





Pico Blvd and Centinela Avenue

COMPLAINT




Culver Blvd – West of Inglewood Blvd

1
2
3
4
5
6
7
8
9
10
11
12
13
14



https://www.instagram.com/p/DJo9Nd3OCwM/

15
16
17
18
19
20
21
22
23
24
25
26
27
28



https://www.instagram.com/reel/DLFpr23OQRs/



https://www.instagram.com/p/DLtFxg4yhwj/



https://www.linkedin.com/in/ryanelhosseiny



https://www.instagram.com/p/DIultXBSPgt/



https://www.instagram.com/p/DIwAcnGu6Iv/



https://www.instagram.com/p/DJo9Nd3OCwM/



https://www.instagram.com/reel/DKfoIZiyFi-/



https://www.instagram.com/reel/DLImRGCyBt6/



https://www.instagram.com/p/DI_u-S2O6uF/

1
2
3
4
5
6
7
8
9
10
11
12
13
14



https://www.instagram.com/reel/DK4rliAOq9l/

15
16
17
18
19
20
21
22
23
24
25
26
27
28



https://www.instagram.com/p/DI7qkiiMEDA/



https://www.instagram.com/p/DI61nTiywLq/



https://www.instagram.com/p/DI1anJ2MmO8/



https://www.instagram.com/reel/DI7hg1cMz-z/



https://www.instagram.com/reel/DJHQGQdtvvo/?utm_source=ig



https://www.instagram.com/reel/DK4rliAOq9l/?utm_source=ig

https://www.youtube.com/watch?v=1yXhMHD4Fdk

GlobeNewswire
by notified

# Just Blood Uncovers New Blood Testing Technology

**Just Blood-Opreme Films**
May 2, 2025 • 2 min read     

*Lab Expert Ryan El-Hosseiny Shut Down Times Square to Set the Record Straight*

Just Blood billboards in Times Square, New York



https://finance.yahoo.com/news/just-blood-uncovers-blood-testing-
190800746.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvb
S8&guce_referrer_sig=AQAAAH3zdJbxERsi3TGWD3h1ljYt-
fTGnpRHKiYkV0XIhczWWAC7ucvyas4s4n1h3qstDyrxKPy3sl8cZF-
RM8QPoSli3Fz63gb_xMgCMatuc1qnjon58hN25D_vEcdLWFppG4_sA5WZrKw4Hz
CXjSO-G7Kd0T7T8e2IPjRqQWgAa3BL



https://justblood.com/



https://theranoslabs.com/

COMPLAINT





https://theranoslabs.com/

COMPLAINT

Justblood.com Flyer

COMPLAINT



NYC Times Square Billboard

12. Before filing this lawsuit, Pines contacted Defendants in an attempt to resolve this dispute, but Defendants' response only necessitated the filing of this case. Specifically, ElHosseiny engaged in ad hominin attacks, juvenilely referring to Pines' counsel Stephen Doniger as "Stephen Donothing," threatening "Trust me You Don't want it with Me, you chump," and insulting Mr. Doniger as "a cornball" and "low life bottom of the barrel reaching for a pay day lawyer."

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement—Against all Defendants, and Each)

13. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

14. Upon information and belief, Defendants, and each of them, accessed the Subject Photograph by, among other things, viewing the Subject Photograph on Plaintiff's website(s), profiles, exhibitions, and/or social media pages; through Plaintiff's licensees or third-party publications, websites, or Internet search engines; and/or because the above-referenced unauthorized copies are essentially verbatim copies of, and thus strikingly similar to, the Subject Photograph.

15. Defendants, and each of them, copied, displayed, reproduced, distributed, created derivative works of, and otherwise exploited the Subject Photograph for commercial purposes without Plaintiff's authorization.

16. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

17. Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement in an amount to be established at trial.

18.    Upon information and belief, Defendants, and each of them, have committed acts of copyright infringement with actual or constructive knowledge of, and/or in reckless disregard for, Plaintiff's rights in the Subject Photograph.

## PRAYER FOR RELIEF

### (Against All Defendants, and Each)

WHEREFORE, Plaintiff demands judgment against Defendants, and each of them, as follows:

a.  An Order declaring that Defendants willfully infringed Plaintiff's rights in the Subject Photograph;

b.  That Defendants, each of them, their respective agents, and anyone working in concert with Defendants' and/or their agents, be enjoined from using the Subject Photograph without a license, authorization, or consent from Plaintiff in a manner that infringes the copyrights in the Subject Photograph;

c.  That Plaintiff be awarded all Defendants' profits, and all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial;

d.  That Plaintiff be awarded its costs and fees as available;

e.  That Plaintiff be awarded pre-judgment interest as allowed by law;

f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: November 6, 2025          By:  /s/ *Stephen M. Doniger*
                                      Stephen M. Doniger, Esq.
                                      Benjamin F. Tookey, Esq.
                                      DONIGER / BURROUGHS
                                      *Attorneys for Plaintiff*