Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ethan Pines, | Case No. 2:25-cv-10703-MAA |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT UNDER L.R. 8-3** |
| v. | |
| Theranos Labs, LLC; Ryan ElHosseiny; Access Medical Laboratories, LLC; et al., | |
| Defendants. | Complaint Served: Nov. 21, 2025<br>Response Due: Jan. 20, 2026<br>New Response Date: Feb. 3, 2026 |

Plaintiff ETHAN PINES, and Defendants THERANOS LABS, LLC, RYAN ELHOUSSEINY, and ACCESS MEDICAL LABORATORIES, LLC, by and through their respective counsel of record, stipulate and agree to extend the time for Defendants to respond to Plaintiff's Complaint as follows:

WHEREAS, on November 21, 2025, Plaintiff served his Summons and Complaint on Defendants.

WHEREAS, in order to allow the Parties additional time to discuss and confer about the allegations in the Complaint and a potential resolution of the Complaint allegations, the Parties hereby stipulate and agree to a two-week extension of time for

Defendants to respond to Plaintiff's Complaint, through and including February 3, 2026, under L.R. 8-3;

WHEREAS, there have not been any prior requests for extensions submitted to the Court by any party.

THEREFORE, the Parties therefore stipulate and agree that Defendants' deadline to respond to Plaintiff's Complaint shall be and is hereby extended to February 3, 2026.

SO STIPULATED.

Respectfully submitted,

Dated: January 20, 2026    By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: January 20, 2026    By: /s/ *Ellen S. Simpson*
Ellen S. Simpson, Esq.
SIMPSON & SIMPSON PLLC
*Attorneys for Defendants*

**ATTESTATION OF FILER**

The filer of this document on the Court's CM/ECF system hereby attests that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.