Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN PINES, <br><br> Plaintiff, <br><br> v. <br><br> THERANOS LABS, LLC; RYAN ELHOSSEINY; ACCESS MEDICAL LABORATORIES, LLC; et al., <br><br> Defendants. | Case No. 2:25-cv-10703-MAA <br><br> **NOTICE OF DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Ethan Pines hereby dismisses Defendant Access Medical Laboratories, LLC from this action *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 2, 2026    By:

Respectfully submitted,

*/s/ Benjamin F. Tookey*
Stephen M. Doniger, Esq
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*