Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN PINES, | Case No. 2:25-cv-10703-MAA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| THERANOS LABS, LLC; RYAN ELHOSSEINY; ACCESS MEDICAL LABORATORIES, LLC; et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ethan Pines and Defendants Theranos Labs, LLC and Ryan Elhosseiny have reached a settlement to resolve the action. The parties have executed a longform agreement and are in the process of consummating the settlement. Plaintiff anticipates filing a notice of dismissal of the action within 30 days once the foregoing is completed. Plaintiff respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the settlement between the parties.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: February 2, 2026 | By: | */s/ Benjamin F. Tookey* |
| | | Stephen M. Doniger, Esq |
| | | Benjamin F. Tookey, Esq. |
| | | DONIGER / BURROUGHS |
| | | *Attorneys for Plaintiff* |